UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAMES FERRY,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

Case No. 07-cv-747-JPG

## JUDGMENT

This matter having come before the Court, and the Court having dismissed this action for lack of jurisdiction,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed for lack of jurisdiction.

**NORBERT JAWORSKI**

**DATED:** December 2, 2008    by:s/Deborah Agans, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**